FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Stephen Dan Goseyun, Sr.,<br><br>Defendant. | No.   CR-20-0644-PHX-DJH (ESW)<br><br>**REDACTED INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 1153, 2244(a)(5), and 2246<br>(CIR-Abusive Sexual Contact of a Child)<br>Counts 1, 3, 4, 7 and 8<br><br>18 U.S.C. §§ 1153, 2241(c), and 2246<br>(CIR-Aggravated Sexual Abuse of a Child)<br>Counts 2 and 6<br><br>18 U.S.C. 1153, 1201 and 3559(f)<br>(CIR-Kidnapping)<br>Counts 5 and 9 |

THE GRAND JURY CHARGES:

COUNT 1

On or between June 11, 2020 and June 13, 2020, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in the intentional touching, through the clothing, of the genitalia of victim, Jane Doe 1, a child under the age of 12, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246.

## COUNT 2

On or during the year 2010, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 2, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of defendant's penis with the victim's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246.

## COUNT 3

On or during the year 2010, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in the intentional touching, through the clothing, of the genitalia of victim, Jane Doe 2, a child under the age of 12, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the first time.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246.

## COUNT 4

On or during the year 2010, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in the intentional touching, not through the clothing, of the breasts of victim, Jane Doe 2, a child under the age of 12, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the first time.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246.

## COUNT 5

On or during the year 2010, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, STEPHEN DAN

GOSEYUN, SR., an Indian, did unlawfully seize, confine, kidnap, and hold for any purpose Jane Doe 2, a child under the age of 18 years, the first time.

In violation of Title 18, United States Code, Sections 1153, 1201 and 3559(f).

COUNT 6

On or during the year 2012, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 2, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of defendant's penis with the victim's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the last time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246.

COUNT 7

On or during the year 2012, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in the intentional touching, through the clothing, of the genitalia of victim, Jane Doe 2, a child under the age of 12, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the last time.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246.

COUNT 8

On or during the year 2012, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, STEPHEN DAN GOSEYUN, SR., an Indian, did knowingly engage in the intentional touching, not through the clothing, of the breasts of victim, Jane Doe 2, a child under the age of 12, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the last time.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246.

## COUNT 9

On or during the year 2012, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, STEPHEN DAN GOSEYUN, SR., an Indian, did unlawfully seize, confine, kidnap and hold for any purpose Jane Doe 2, a child under the age of 18 years, the last time.

In violation of Title 18, United States Code, Sections 1153, 1201 and 3559(f).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 14, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
THOMAS SIMON
Assistant U.S. Attorney